**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ANTHONY BLACK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-60-GPM** |
| | ) | |
| **SCHNEIDER NATIONAL CARRIERS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JUDGMENT IN A CIVIL CASE

This action came before District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that **ANTHONY BLACK** shall recover nothing, the action be **DISMISSED on the merits**, and **SCHNEIDER NATIONAL CARRIERS, INC.,** shall recover costs from **ANTHONY BLACK**.

**DATED**: September 30, 2008

NORBERT G. JAWORSKI, CLERK


By: s/ Linda M. McGovern
Deputy Clerk


APPROVED: S/G. Patrick Murphy
G. Patrick Murphy
United States District Judge